UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM MAJOR MOORE,

        Petitioner,               Case Number: 2:09-CV-14111

v.                                       HONORABLE AVERN COHN

MARY BERGHUIS,

        Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated May 27, 2011, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan this 27th day of May, 2011.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                          BY:    s/Julie Owens
                                              Deputy Clerk

APPROVED:


S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to William Moore, 215135, Bellamy Creek Correctional Facility, 1727 West Bluewater Highway Ionia, MI 48846 and the attorneys of record on this date, May 27, 2011, by electronic and/or ordinary mail.

                                              S/Julie Owens
                                              Case Manager, (313) 234-5160